IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 0 5 2025

BY
DEPUTY____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CAUSE NO. 1:25-CR-20 |
| JESUS ADAME-NUNEZ | § | Crone-Hawthorn |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT ONE**

Violation: 8 U.S.C. § 1326(a)
(Unlawful Reentry by Removed/Departed Alien

On or about February 11, 2025, in the Eastern District of Texas, the defendant, **Jesus Adame-Nunez**, an alien who had previously been deported or removed from the United States to Mexico on or about October 16, 2006, was found in the Eastern District of Texas, said defendant not having received the express consent of the Attorney General and the Secretary of Homeland Security, the successor, pursuant to United States Code, Title 6, for re-application for admission to the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

_____            _____3-5-2025_____
CHRISTOPHER R. JACKSON                    Date
Assistant United States Attorney

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CAUSE NO. 1:25-CR-_20_ |
| JESUS ADAME-NUNEZ | § | |

**NOTICE OF PENALTY**

**COUNT ONE**

Violation:  8 U.S.C. § 1326(a)

Penalty:  Not more than two (2) years imprisonment, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; and supervised release not more than one (1) year. *See* 8 U.S.C. § 1326(a);

If the defendant's removal (deportation) was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both; or a felony (other than an aggravated felony) - not more than ten (10) years imprisonment, a fine not to exceed $250,000.00 or twice the pecuniary gain to the defendant or loss to the victim, or both; and, supervised release of not more than three (3) years. *See* 8 U.S.C. §§ 1326(a) and (b)(1);

If the defendant's removal (deportation) was subsequent to a conviction for commission of an aggravated felony - not more than twenty (20) years imprisonment, a fine not to exceed $250,000.00 or twice the pecuniary gain to the defendant or loss to the victim, or both; and, supervised release of not more than three (3) years. *See* 8 U.S.C. §§ 1326(a) and (b)(2).

Special Assessment:  $100.00

Notice of Penalty - Page 1